```
                                          U.S. DISTRICT COURT
                                        DISTRICT OF NEW HAMPSHIRE

                                          NOV 18 2005
        UNITED STATES DISTRICT COURT
                                          FILED
        DISTRICT OF NEW HAMPSHIRE
```

Steven A. Swan
    Plaintiff

v.                                                  Civil No. 05-cv-401-JD

Paul J. Barbadoro, Celeste A. Quimby,
William E. Morse, James W. Chapman, Jr.,
and Tom Coluntuono
    Defendants

### TRANSFER ORDER

All of the judges in this District are recused from presiding over this case. Accordingly, the case shall be transferred to the District of Rhode Island.

**SO ORDERED.**

                                            Steven J. McAuliffe
                                            Chief Judge

November 18, 2005

cc:   Steven A. Swan, *pro se*
       Clerk, USDC, Rhode Island