U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NOV 21 2005

FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Steven A. Swan</u>

    v.                                     Civil No. 05-cv-401-JD

<u>Paul J. Barbadoro, Celeste A. Quimby,</u>
<u>William E. Morse, James W. Chapman, Jr.,</u>
<u>and Tom Coluntuono</u>

### ORDER OF RECUSAL

I hereby recuse myself from this case.

**SO ORDERED.**

November 18, 2005                     _____
                                             Steven J. McAuliffe
                                             Chief Judge

November 21, 2005                    _____
                                           Joseph A. DiClerico, Jr.
                                            United States District Judge

November 18, 2005                    _____
                                           Paul Barbadoro
                                             United States District Judge

November 18, 2005                    _____
                                           James R. Muirhead
                                           United States Magistrate Judge

cc:    Steven A. Swan, *pro se*
        Clerk, USDC, Rhode Island