UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEVEN A. SWAN,
Plaintiffs

    v.                                RI C.A. No. 05-491T
                                      NH C.A. No. 05-401ECT

PAUL J. BARBADORO,
ET AL.,
Defendants

### SHOW CAUSE ORDER

On or before **February 15th, 2006,** the plaintiff, Steven Swan, is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of prosecution, namely for failure to serve the named defendants with the complaint in this matter. Failure to comply will result in dismissal of the case.

By Order,

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
United States District Judge
Date: 1/17/06

FORMS/SHWCAUS2.ORD