**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

STEVEN A. SWAN,
Plaintiff

v.                                          NH CA05-401JD
                                            RI CA05-491T

PAUL J. BARBADORO, ET AL.,
Defendants

**ORDER**

This matter is hereby referred to Magistrate Judge Jacob Hagopian, sitting by designation, for report and recommendation as to why the case should not be dismissed for plaintiff's failure to serve the complaint on the named defendants.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: 3/21/06